# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **JUAN JOSE ARGUELLES POBLANO,**<br><br>***Petitioner*****,**<br><br>**v.**<br><br>**MARY DE ANDA-YBARRA, ACTING FIELD OFFICE DIRECTOR; WARDEN, OF THE EL PASO PROCESSING CENTER; TODD LYONS, ACTING DIRECTOR, U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT; SIRCE OWEN, ACTING DIRECTOR, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; PAMELA BONDI, U.S. ATTORNEY GENERAL; AND MARKWAYNE MULLIN, U.S. SECRETARY OF HOMELAND SECURITY;**<br><br>***Respondents*****.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:26-CV-01100-LS** |

## ORDER DISMISSING CASE

The Government notified the Court that Petitioner was removed from the United States and is no longer in custody.[1] Petitioner filed a petition for a writ of habeas corpus challenging his detention by Immigration and Customs Enforcement.[2] Because Petitioner is no longer detained by Respondents, the petition is moot.[3] The Court therefore denies Petitioner's writ of habeas corpus,

---

[1] ECF No. 5.
[2] ECF No. 1.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (stating that a habeas petition becomes moot when the habeas relief requested can no longer be effected); *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("[A] case 'becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.'" (citation omitted)).

dismisses this case as moot, and all pending motions are denied as moot. **THE CLERK SHALL CLOSE THIS CASE**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 3, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**